[No. 29331-1-I.   Division One.   December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN A. COX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01288-8, Sally Pasette, J., entered October 15, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Baker, JJ.

[No. 26504-1-I.   Division One.   December 30, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM PROCTOR CANNING II, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-01583-6, Marsha J. Pechman, J., entered May 22, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Coleman, J.

[No. 31249-9-I.   Division One.   December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PRENTERS BROUGHTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02755-7, James A. Noe, J., entered August 4, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Coleman, J.